# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jorge Luis Torres,

Plaintiff(s),

v.

RFV Roofing, Inc., et al.,

Defendant(s).

Case No. 15cv5233
Judge Andrea Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff Torres and against Defendants RFV Roofing, Inc. and Ranferi Flores, jointly and severally, in the amount of $9,135.00. Plaintiff's counsel is awarded attorneys' fees and costs in the amount of $5,420.00.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion for default judgment [14].

Date: 11/6/2015                    Thomas G. Bruton, Clerk of Court

                                   Enjoli Fletcher , Deputy Clerk